**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 25, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00246-CR

### HECTOR A.  CANTU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1450243**

## M E M O R A N D U M   O P I N I O N

Appellant Hector A. Cantu has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.
Do Not Publish – Tex. R. App. P. 47.2(b)